**In the Matter of James A. MATTHEWS, III.**

**No. 36 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 30, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of December, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated October 20, 1997, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John Anthony LORD, Respondent.**

**No. 380 Disciplinary No. 3.**

Supreme Court of Pennsylvania.

Dec. 30, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of December, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 20, 1997, it is hereby

ORDERED that John Anthony Lord be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Robert W. BARTON, Respondent.**

**No. 388 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 10, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of February, 1998, there having been filed with this Court by Robert W. Barton his verified Statement of Resignation dated December 8, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Robert W. Barton be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.